NO OPINION

# 04789

ISSUED